IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPITAL ONE FINANCIAL ) <br> CORPORATION; ING BANK, FSB; ) <br> CAPITAL ONE, NATIONAL ) <br> ASSOCIATION; and CAPITAL ONE ) <br> BANK (USA), NATIONAL ASSOCIATION,) <br> ) <br> Defendants. ) <br> ) | C.A. No. 12-356-RGA |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Stipulation of Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff Pi-Net International, Inc. and Defendants Capital One Financial Corporation; ING Bank, FSB; Capital One, National Association; and Capital One Bank (USA), National Association in this case, and the Court being of the opinion that all claims and counterclaims in this action should be dismissed, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims or causes of action asserted in this action are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims, counterclaims or causes of action.

It is further ORDERED that each party shall bear its own costs, expenses, and attorneys' fees.

SO ORDERED:
Dated: ~~June~~ ~~2013~~
July 1, 2013

_____
U.S.D.J.